1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Joey Brent Bringhurst, | No. CV-15-00368-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Neal Foster Duncan, et al., | |
| Defendants. | |

9
10
11
12
13
14

15    The Court having received the parties' Stipulation to Dismiss with Prejudice (Doc.
16 71), filed on March 21, 2017,

17    **IT IS HEREBY ORDERED** granting the Stipulation (Doc. 71) and dismissing
18 this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and
19 costs.

20    **IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this
21 action.

22    Dated this 21st day of March, 2017.

23
24    _____
25    Honorable Diane J. Humetewa
      United States District Judge
26
27
28